UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LYNN MARIE CHAMPION,**

      **Plaintiff,**

v.                                                                                         Case No:   6:14-cv-1563-Orl-22DAB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for judicial review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income benefits (Doc. No. 1) filed on September 25, 2014.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 6, 2015 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of the Social Security Administration denying the claim for Disability Insurance Benefits and Supplemental Security Income benefits is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties